[No. 44242-2-I.    Division One.    March 13, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL T. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01895-4, Thomas J. Wynne and Gerald L. Knight, JJ., entered March 31, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.

[No. 17623-1-III.    Division Three.    March 14, 2000.]
*In the Matter of the Guardianship of* MARIAN ZENOLA CASE.

RICHARD G. CASE, *Appellant*, v. SUSAN GARRETT, *as Guardian, Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 96-4-00028-3, Tom Reynolds, J., entered May 4, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18148-1-III.    Division Three.    March 14, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. RODRIGO REYES MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-01832-7, Robert N. Hackett, Jr., J., entered December 8, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 17082-9-III.    Division Three.    March 16, 2000.]
*In the Matter of the Marriage of* SANDRA E. PADRTA, *Appellant*, and GARRY J. PADRTA, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-3-01463-0, Kathleen M. O'Connor, J., entered October 28, 1997. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.